UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60351-CIV-SEITZ/O'SULLIVAN

MANAGED CARE SOLUTIONS, INC.,

    Plaintiff,

vs.

ESSENT HEALTHCARE, INC.,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

THIS CAUSE having come before the Court on the Defendant's Motion to Stay Discovery [DE #16], this Court having considered the motion and filed briefs and being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that:

The Motion is granted. All discovery other than Rule 26(a)(1) initial disclosures is hereby stayed until the resolution of the pending Motion to Dismiss for lack of personal jurisdiction [DE #4, 10] or further Order of this Court.

DONE AND ORDERED in Chambers at Miami, Florida this _11_ day of ___June___, 2009.

_____
United States ~~District~~ Magistrate Judge
John J. O'Sullivan

Copies furnished to:

All Counsel of Record