UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-60351-CIV-SEITZ/O'SULLIVAN

MANAGED CARE SOLUTIONS, INC.,

    Plaintiff,

vs.

ESSENT HEALTHCARE, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on an informal discovery conference held before the undersigned on September 22, 2009.  Having heard argument from the parties, it is

ORDERED AND ADJUDGED that the plaintiff's proposed Protective Order shall be modified as indicated on the record during the hearing and an agreed proposed Protective Order shall be submitted to the court on or before September 24, 2009.  It is further

ORDERED AND ADJUDGED that on or before September 29, 2009, subject to the aforementioned Protective Order, the plaintiff shall provide the subject invoices and contract with the provider regarding the payments on the software license.  It is further

ORDERED AND ADJUDGED that on or before September 29, 2009, the plaintiff shall provide a detailed response under Rule 26(a)(1)(A)(3) regarding the computation of damages for loss of profits and reimbursement of expenses.  The plaintiff shall supplement this response should additional information become available.  It is further

ORDERED AND ADJUDGED that on or before September 29, 2009, the plaintiff shall provide new responses to the defendant's Request for Production and Interrogatories.  The plaintiff shall assert proper objections, if any, and assert explicit individual reasons for the objections.  The plaintiff shall also provide a factual basis if asked to do so in the subject

interrogatory.  The plaintiff shall also provide a privilege log if a privilege is claimed.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of September, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record