UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60351-CIV-SEITZ/O'SULLIVAN

MANAGED CARE SOLUTIONS, INC.,

    Plaintiff,

v.

ESSENT HEALTHCARE, INC.,

    Defendant.
_____/

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT DISCLOSURES**

Defendant Essent Healthcare, Inc. ("Essent") by and through its undersigned counsel, moves this Court to strike the expert disclosures of Plaintiff Managed Care Solutions, Inc., and in support thereof submits its memorandum of law (filed simultaneously herewith) and states the following:

1. Plaintiff, Managed Care Solutions, Inc. ("MCS") provided inadequate expert disclosures on March 12, 2010.  MCS's supposed Expert Witness Disclosures are attached hereto as Exhibit A.

2. In its disclosures, MCS listed Robert Dingess and Jack Ragan, along with their respective mailing addresses, under the header, "Healthcare Revenue Cycle, Software License Fees and Collection."  *See* Exhibit A.

3. MCS also listed Jeffrey Koch and Dana Kaufman, along with their respective mailing addresses, under the header "Forensic Accounting."  Exhibit A.

4. MCS provided a biography and curriculum vitae only for Robert Dingess in a supplement to its disclosures on March 12, 2010. The complete supplement containing the biography of Robert Dingess and his curriculum vitae is attached hereto as Exhibit B.

5. MCS failed to provide the written report required by Fed. R. Civ. P 26(a)(2)(B) and S.D. Fla. L.R. 16.1.K.

6. The disclosures provided by MCS were not signed by the designated witnesses nor did they contain the necessary information required by Fed. R. Civ. P. 26(a)(2)(B)(i) through (vi) and S.D. Fla. L.R. 16.1.K.

7. By Order, MCS was required to provide its expert witness disclosures pursuant Fed. R. Civ. P. 26(a)(2) and S.D. Fla. L.R. 16.1.K on or before March 12, 2010. [DE #105 at 2].

8. By the same Order, Essent's expert disclosures were due on March 19, 2010, which were timely produced by Essent. [Id.]

9. The Pretrial Order, dated July 15, 2009, provides that factual discovery ended April 1, 2010. [DE #26 at 1].

10. The Parties are due to complete expert discovery no later than April 30, 2010. [DE #105 at 2].

11. Fed. R. Civ. P. 37(c) requires this Court to restrict a party from using a witness at trial if the party fails to provide information or identify a witness as required by Rule 26(a), unless the failure was substantially justified or harmless.

12. MCS has offered no justification for its failure to provide the information required by Rule 26(a)(2).

13. If MCS is allowed to offer the individuals identified as experts as witnesses at trial, Essent will be highly prejudiced.

-2-

14.     Given the pre-trial deadlines scheduled in this matter by this Court and the Local Rules, MCS's failure to provide the information required by Fed. R. Civ. P. 26(a)(2) and S.D. Fla. L.R. 16.1.K has prejudiced Essent's ability to attain meaningful discovery of facts and information necessary to defend against the opinions, though none have been provided, and testimony of the individuals identified by MCS as experts.

15.     Essent has also been prejudiced in its opportunity and ability to investigate the qualifications and background of each of the individuals MCS identified as an expert.

**WHEREFORE**, premises considered, Essent respectfully requests that this Court preclude testimony by Robert Dingess, Jack Ragan, Jeffrey Koch, and Dana Kaufman, together with such other and further relief as the Court deems appropriate.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1.A.3

The undersigned counsel certifies that it has conferred with opposing counsel prior to the filing of this motion in a good faith effort to resolve the issues presented herein and was unable to resolve this dispute.

|   |   |   |
|---|---|---|
| Dated:  April 2, 2010. | | Respectfully submitted, |
| | By: | s/ Lea Carol Owen |

          Joseph A. Woodruff, Tenn. Bar No. 12869 (Pro hac vice)
          Lea Carol Owen, Tenn. Bar No. 19531 (Pro hac vice)
          Frances C. Fenelon, Tenn. Bar No. 17315 (Pro hac vice)
          WALLER LANSDEN DORTCH & DAVIS LLP
          511 Union Street, Suite 2700
          Nashville, TN  37219
          Telephone: (615) 244-6380
          Facsimile: (615) 244-6804
          E-mail: Woody.Woodruff@wallerlaw.com
          E-mail: Carol.Owen@wallerlaw.com
          E-mail: Frances.Fenelon@wallerlaw.com

By:    s/ René D. Harrod
          René D. Harrod, Florida Bar No. 627666
          350 East Las Olas Blvd., Suite 1000
          Fort Lauderdale, Florida 33301
          Telephone: (954) 525-9900
          Facsimile:  (954) 523-2872
          E-mail: rharrod@bergersingerman.com

*Attorneys for Defendant Essent Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               By: s/René D. Harrod
                  René D. Harrod, Fla. Bar 627666

## SERVICE LIST

René D. Harrod, Florida Bar No. 627666
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile:  (954) 523-2872
E-mail: rharrod@bergersingerman.com
*Attorney for Defendant Essent Healthcare, Inc.*

**Service via CM-ECF**

Robert Ingham, Florida Bar No. 21721
Jonathan Warrick
714 NE Third Avenue
Fort Lauderdale, Florida 33304
Telephone:  (786) 539-5266
Facsimile:  (786) 539-5268
Robert.Ingham@InghamPA.com
jon@inghampa.com
*Attorney for Plaintiff Managed Care Solutions, Inc.*

**Service via CM-ECF**

Joseph A. Woodruff
Lea Carol Owen
Frances C. Fenelon
WALLER LANSDEN DORTCH & DAVIS LLP

511 Union Street, Suite 2700
Nashville, TN  37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
E-mail:  Woody.Woodruff@wallerlaw.com
E-mail:  Carol.Owen@wallerlaw.com
E-mail: Frances.Fenelon@wallerlaw.com
*Attorneys for Defendant Essent Healthcare, Inc.*

**Service via CM-ECF**

2731266-1

